FRANCES WHITNEY, Respondent, *v.* LYRIC-ROCHESTER CORPORATION, Appellant.

EDWARD WHITNEY, Respondent, *v.* LYRIC-ROCHESTER CORPORATION, Appellant.

(Submitted April 13, 1936; decided April 21, 1936.)

*Ashner N. Shapiro* for motions.

*Nicholas J. Weldgen* opposed.

Motions denied, with ten dollars costs.

MONROE WEILL et al., Respondents, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant, Impleaded with Others.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 322.)